# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL PEREZ-CAMACHO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 17-91 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: February 1, 2018

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE